UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA SALSER, ET AL.,

    Plaintiffs,　　　　　　　　　　No. 12-10960

v.　　　　　　　　　　　　　　　　District Judge Arthur J. Tarnow
　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

DYNCORP INTERNATIONAL, INC.,
ET AL.,

    Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on August 4, 2015, Defendants' Motion to Compel [Doc. #162] is GRANTED IN PART AND DENIED IN PART.

With regard to Request to Produce ("RTP") No. 1 of Defendants' Third Requests for Production (Item 1 on the Joint Statement of Unresolved Issues, Doc. #176), the motion is GRANTED to the extent that each Plaintiff will produce to Defendants' counsel a written statement, under oath, certifying that to the best of their knowledge and belief, there are no additional responsive documents in their possession, custody, or control that have not been produced or placed into a privilege log.

With regard to the identification of and release for Ashley Pope's grief counselor (Item 2 on the Joint Statement), the motion is DENIED. However, counsel for the parties will work together diligently in a cooperative and good-faith effort to ascertain the identity of the grief counselor.

With regard to information regarding whether Plaintiffs recall destroying or

deleting documents (Item 3 on the Joint Statement), the motion is GRANTED to the extent that Plaintiffs Ashley Pope, BillSalser, Patricia Salser, Kristin Pope, and Kevin Pope will each produce to Defendants' counsel a written statement, under oath, indicating whether or not they recall destroying any responsive materials.

As to the deposition of any of Plaintiffs' expert witnesses in the context of summary judgment, the motion is DENIED WITHOUT PREJUDICE.

The written statements that are ordered herein shall be produced within 14 days of the date of this Order.

IT IS SO ORDERED.

/s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: August 4, 2015

Certificate of Service

I certify that a copy of this document was served upon parties of record on August 4, 2015 via electronic or postal mail.

/s/A. Chubb
CASE MANAGER